UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

LEONARD T. WESTPHAL,                    CASE NO.: 2:08-cv-14437-DLG

        Plaintiff,

vs.

ORLOS AND COMPANY, INC., a
Florida corporation,

        Defendant.
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, LEONARD T. WESTPHAL and Defendant, ORLOS AND COMPANY, INC., a Florida corporation, by and through their undersigned attorneys, and hereby file their Notice of Voluntary Dismissal With Prejudice for the above-styled cause.

Dated: May 15, 2009

SCHWARTZ ZWEBEN LLP

By: /s/ Stephan M. Nitz
    Stephan M. Nitz
    Florida Bar No. 45561
    Attorneys for Plaintiff
    3876 Sheridan Street
    Hollywood, Florida 33021
    Telephone:    (954) 966-2483
    Facsimile:    (954) 966-2566
    snitz@szalaw.com

AKERMAN SENTERFITT

By: /s/Arlene K. Kline
    Arlene K. Kline
    Florida Bar No.: 104957
    Attorney for Defendant
    222 Lakeview Ave, # 400
    West Palm Beach FL  33401
    Telephone: 561-653-5000
    Facsimile: 561-659-6313
    arlene.kline@akerman.com
    (Signed by Plaintiff's counsel
    with permission)